# UNITED STATES DISTRICT COURT
## for the

### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 5:01CR5-11 |
| Heath Blake Winkler | ) | USM No: 16611-058 |
| | ) | Samuel Bayness Winthrop |
| Date of Previous Judgment: 4/17/02 | ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❒ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___144___ months **is reduced to** ___132 months___ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 | |
| Criminal History Category: | V | Criminal History Category: | V | |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 240 to 262 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❒ The reduced sentence is within the amended guideline range.

■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain): Pursuant to the provisions of USSG §5G1.1, if the defendant were sentenced today, the guideline range for imprisonment, prior to any departure, would be 240 to 262 months. 55% of the low end of the revised guideline range for imprisonment is 132 months, and this is the recommendation of the probation officer.

## III. ADDITIONAL COMMENTS

Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment dated ___4/17/02___ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: ___December 18, 2008___

Effective Date: ___December 18, 2008___
(if different from order date)

Richard L. Voorhees
United States District Judge